STATE OF NEW JERSEY v. WLADSLAW PIETKUN.

May 2, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. ROCHELLE LEE EURE.

May 29, 1973. Petition for certification denied.

WILLIAM E. SCHELL v.
TOWNSHIP OF MIDDLETOWN SEWERAGE AUTHORITY.

May 29, 1973. Petition for certification denied.

HOWARD J. ABNER v.
MUNICIPAL COUNCIL OF THE TOWNSHIP OF WAYNE.

May 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD T. HAMILTON.

May 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. GABRIEL CATTANEO.

May 29, 1973. Petition for certification denied. (See 123 *N. J. Super.* 167)